UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:12-cv-436-Orl-18KRS

BARBARA G. ULLMAN,

    Plaintiff,

v.

RICHARD ARTHUR ULLMAN, Individually
and as Co-Personal Representative of the Estate
of Richard O. Ullman; KENNETH DOUGLAS
ULLMAN, Individually and as Co-Personal
Representative of the Estate of Richard O.
Ullman; JOHN M. MARTYN ESQUIRE,
Individually; MARTYN B. O'CONNOR,
Individually; and JENNIFER ULLMAN
ROYALL, an Interested Person,

    Defendants.
_____/

## DECLARATION OF FERDINAND BRITS

    I, **Ferdinand Brits**, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    My name is **Ferdinand Brits**. I am over twenty-one (21) years of age. The facts stated in this Declaration are based upon my personal knowledge. If called upon to testify, I could competently testify to such facts.

    2.    I am currently the Reverend for the Presbyterian Church of the Lakes located at 4700 Lincoln Avenue, Windermere, Florida. I have been the Reverend of the Presbyterian Church of the Lakes for approximately eleven (11) years.

    3.    As Reverend of the Presbyterian Church of the Lakes, I met **Richard O. Ullman** and BARBARA MARCIN ULLMAN in 2005 as attendees of my church.

0025980\154722\1436086v1




4.  Subsequently, I performed their wedding ceremony at my church in Windermere, Florida, on November 7, 2006.  Since that time, they became regular attendees of my church as they lived in the area.  At their request, all church mail was directed to the two (2) of them at their home address at 9912 Lake Louise Drive, Windermere, Florida 34786.  This church mail would include periodic announcements, the church bulletin, and their Annual Giving Statement.

5.  During my tenure at the Presbyterian Church of the Lakes, **Richard O. Ullman** and BARBARA MARCIN ULLMAN lived here in Windermere, Florida, making it their domicile and home since approximately 2008.

6.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: _April 2, 2012_
Windermere, Florida

_____
**Ferdinand Brits**