UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:12-cv-436-Orl-18KRS

BARBARA G. ULLMAN,

    Plaintiff,

v.

RICHARD ARTHUR ULLMAN, Individually and as Co-Personal Representative of the Estate of Richard O. Ullman; KENNETH DOUGLAS ULLMAN, Individually and as Co-Personal Representative of the Estate of Richard O. Ullman; JOHN M. MARTYN ESQUIRE, Individually; MARTYN B. O'CONNOR, Individually; and JENNIFER ULLMAN ROYALL, an Interested Person,

    Defendants.
_____/

## DECLARATION OF REGINA PITARO

I, **Regina Pitaro**, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is **Regina Pitaro**. I am over twenty-one (21) years of age. The facts stated in this Declaration are based upon my personal knowledge. If called upon to testify, I could competently testify to such facts.

2. I am the Managing Director of GAMCO Asset Management, Inc., a subsidiary of GAMCO Investors, Inc. ("GAMCO").

3. GAMCO has corporate headquarters in Rye, New York, and additional U.S. locations in Greenwich, Connecticut; Palm Beach, Florida; Chicago, Illinois; Minneapolis, Minnesota; St. Louis, Missouri; and Reno, Nevada.

0025980\154722\1436086v4

4. BARBARA G. ULLMAN, who is professionally known as BARBARA G. MARCIN, has been employed by GAMCO as a fund manager since 1999.

5. BARBARA G. ULLMAN's physical presence in New York is not required as a condition of her employment with GAMCO.

6. As her job functions depend largely on research and financial analysis, this work can be done by telephone, email and video conference, and BARBARA G. ULLMAN is able to perform her job duties from any geographical location.

7. Since approximately 2008, BARBARA G. ULLMAN has resided in and worked from the State of Florida with GAMCO's full knowledge and consent.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: April 9, 2012
Greenwich, Connecticut

**Regina Pitaro**