UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:12-cv-436-Orl-18KRS

BARBARA G. ULLMAN,

    Plaintiff,

v.

RICHARD ARTHUR ULLMAN, Individually
and as Co-Personal Representative of the Estate
of Richard O. Ullman; KENNETH DOUGLAS
ULLMAN, Individually and as Co-Personal
Representative of the Estate of Richard O.
Ullman; JOHN M. MARTYN ESQUIRE,
Individually; MARTYN B. O'CONNOR,
Individually; and JENNIFER ULLMAN
ROYALL, an Interested Person,

    Defendants.
_____/

## DECLARATION OF KELLI A. SKORMAN

I, **Kelli A. Skorman**, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     My name is **Kelli A. Skorman**. I am over twenty-one (21) years of age. The facts stated in this Declaration are based upon my personal knowledge. If called upon to testify, I could competently testify to such facts.

2.     I reside at 9820 Lake Louise Drive, Windermere, Florida within the community known as "Isleworth". I have been a resident at that address for two (2) years and previously resided in the Isleworth Community in Windermere, Florida for twelve (12) years.

3.     I met **Richard O. Ullman** and BARBARA MARCIN ULLMAN in late 2004, just prior to the November Presidential Election. At the time I met **Richard O. Ullman** and



BARBARA MARCIN ULLMAN, they had not yet been married but were living together. Subsequently, **Richard O. Ullman** and BARBARA MARCIN ULLMAN were married in 2006 and began living together as husband and wife at 9912 Lake Louise Drive, Windermere, Florida 34786.

4. There was a time shortly after they married when they spent substantial times out of the State of Florida. However, beginning in 2009, **Richard O. Ullman** and BARBARA MARCIN ULLMAN spent the predominance of their time here in Windermere, Florida, living at 9912 Lake Louise Drive, making it their domicile and home.

5. They participated in and hosted various community events in and about Windermere, including at the Isleworth Country Club and their home. Their home was located in the Isleworth County Club community there in Windermere. **Richard O. Ullman** and BARBARA MARCIN ULLMAN continued to live there for the remainder of **Richard O. Ullman's** life. Unfortunately, in the summer of 2011, **Richard O. Ullman** was diagnosed with cancer. Thereafter, **Richard O. Ullman** and BARBARA MARCIN ULLMAN traveled to New York for treatment at Sloan Kettering; but, unfortunately, the treatment was unsuccessful, and **Richard O. Ullman** died in New York on September 29, 2011.

6. At the time of **Richard O. Ullman's** death, **Richard O. Ullman** and BARBARA MARCIN ULLMAN lived at the 9912 Lake Louise Drive, Windermere, Florida 34786, making it their home and domicile.

7. In February of 2010, my husband left me; and I was without any immediate family. Since that date and time, **Richard O. Ullman** and BARBARA MARCIN ULLMAN announced that I would be part of their family and that they would be my family. As a result, I spent time with them, almost on a weekly basis, if not daily, except when they were traveling.

Having been frequently in their home, I know from the vast personal effects, particularly those belonging to BARBARA MARCIN ULLMAN, that this was their home.

8.  As their close friend, I had access to their home at 9912 Lake Louise Drive, Windermere, Florida 34786 and often would utilize the personal access codes entrusted to me by **Richard O. Ullman** and BARBARA MARCIN ULLMAN to check on the home when they were out of town and, in particular, while **Richard O. Ullman** receiving his cancer treatments in New York in late 2011.

9.  After **Richard O. Ullman's** passing, I was asked by BARBARA MARCIN ULLMAN to retrieve some of her jewelry while she was still in New York. Upon learning of this, RICHARD ARTHUR ULLMAN and KENNETH DOUGLAS ULLMAN, the Decedent's sons, contacted me and accused me of removing "estate" property. Thereafter, BARBARA MARCIN ULLMAN was denied any access to her home. On one occasion in 2012, when BARBARA MARCIN ULLMAN returned to Orlando, security guards were posted to prevent her access.

10.  BARBARA MARCIN ULLMAN's personal effects, clothing, and belongings still remain at 9912 Lake Louise Drive, Windermere, Florida 34786 as that this was their home.

11.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: 4-2-2012
Windermere, Florida

**Kelli A. Skorman**