UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:    6:12-cv-436-Orl-18KRS

BARBARA G. ULLMAN,

     Plaintiff,

v.

RICHARD ARTHUR ULLMAN, KENNETH
DOUGLAS ULLMAN, JOHN M. MARTYN,
MARTYN B. O'CONNOR, and JENNIFER
ULLMAN ROYALL

     Defendants.

_____ /

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2012, I electronically filed *Plaintiff, Barbara G. Ullman's Motion to Remand Case to State Court with Incorporated Memorandum of Law* with the Clerk of the Court by using the CM/ECF filing system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

John M. Martyn, Esquire
Daversa and Martyn, P.A.
Suite 202, Tequesta Financial Center
218 South U.S. Highway One
Tequesta, Florida  33469

Martin B. O'Connor, II, Esquire
O'Connor, Morss & O'Connor
P.O. Box 979
Elizabeth, New Jersey  07203

Respectfully submitted,

/s/ Terry C. Young
**TERRY C. YOUNG, ESQUIRE**
Florida Bar  No. 222364
LOWNDES, DROSDICK, DOSTER, KANTOR
& REED, P.A.
P.O. Box 2809
Orlando, Florida 32802-2809
Phone:  407-843-4600
Fax:  407-843-4444
*Attorneys for Plaintiff, Barbara G. Ullman*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April   10, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

John M. Martyn, Esquire
Daversa and Martyn, P.A.
Suite 202, Tequesta Financial Center
218 South U.S. Highway One
Tequesta, Florida  33469

Martin B. O'Connor, II, Esquire
O'Connor, Morss & O'Connor
P.O. Box 979
Elizabeth, New Jersey  07203

 /s/ Terry C. Young
**Terry C. Young**