UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:   6:12-cv-436-Orl-18KRS

BARBARA G. ULLMAN,

      Plaintiff,

v.

RICHARD ARTHUR ULLMAN, KENNETH
DOUGLAS ULLMAN, JOHN M. MARTYN,
MARTYN B. O'CONNOR, and JENNIFER
ULLMAN ROYALL

      Defendants.

_____ /

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## WITH INCORPORATED MEMORANDUM OF LAW

Plaintiff, BARBARA G. ULLMAN, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01 of this Court, hereby files this motion seeking a 15-day extension of time to file her responses to *Defendant, Richard A. Ullman's Motion to Transfer to the Southern District of New York Pursuant to 28 U.S.C. § 1404(a)*, and to *Defendant Kenneth A. Ullman's Answer, Affirmative Defenses and Counterclaims*, and in support states as follows:

1.      Plaintiff filed her Complaint in this action in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida on March 16, 2012.

2.      Defendant, JENNIFER ULLMAN ROYALL, filed a *Notice of Removal* [DE 1] on March 21, 2012 effectively removing the case to this Court.   On April 10, 2012, Plaintiff filed a *Motion to Remand to State Court* [DE 11].

3.     *Defendant, Kenneth D. Ullman's Answer, Affirmative Defenses and Counterclaims* [DE 4] were filed on March 26, 2012, and Plaintiff's response is due on April 16, 2012.

4.     *Defendant, Richard A. Ullman's Motion to Transfer to the Southern District of New York Pursuant to 28 U.S.C. § 1404(a)* [DE 8] was filed on March 27, 2012, and Plaintiff's response is due on April 10, 2012.

5.     Plaintiff needs a modest extension of time in order to properly respond to Defendants' pleadings.

6.     The requested 15-day extension will extend the deadline for the response to *Defendant, Kenneth D. Ullman's Answer, Affirmative Defenses and Counterclaims* [DE 4] to **May 1, 2012**; and will extend the deadline for the response to *Defendant, Richard A. Ullman's Motion to Transfer to the Southern District of New York Pursuant to 28 U.S.C. § 1404(a)* to **April 25, 2012**.

7.     Plaintiff's counsel has conferred with Defendants' counsel, who has stated that she does not oppose the requested 15-day extension.

8.     This Motion is made in good faith and not for any purpose of delay.

## MEMORANDUM OF LAW

Fed R. Civ. P. 6(b) affords the Court wide discretion to enlarge the time for an act to be done under the Federal Rules of Civil Procedure, the Court's Local Rules, or Court Order, including, but not limited to, the filings of motions, responses, replies, and other filings of record.  Because the modest extension of time Plaintiff requires to respond to Defendants'

pleadings is unopposed, is sought in good faith, and is not filed for any purpose of delay, Plaintiff respectfully submits that good cause exists to grant this Motion.

WHEREFORE, Plaintiff, BARBARA G. ULLMAN, respectfully requests that this Court extend the deadline to file Plaintiff's response to *Defendant, Kenneth D. Ullman's Answer, Affirmative Defenses and Counterclaims* to May 1, 2012; and extend the deadline to file Plaintiff's response to *Defendant, Richard A. Ullman's Motion to Transfer to the Southern District of New York Pursuant to 28 U.S.C. § 1404(a)* to April 25, 2012.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned certifies that Plaintiff's counsel has conferred with counsel for Defendants, who stated that she does not oppose the relief requested in this Motion.

Respectfully submitted on April 10, 2012.

Respectfully submitted,

/s/ Terry C. Young
**TERRY C. YOUNG, ESQUIRE**
Florida Bar No. 222364
**LINDA C. HANKINS, ESQUIRE**
Florida Bar No. 0516430
LOWNDES, DROSDICK, DOSTER, KANTOR
& REED, P.A.
P.O. Box 2809
Orlando, Florida 32802-2809
Phone: 407-843-4600
Fax: 407-843-4444
*Attorneys for Plaintiff, Barbara G. Ullman*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 10, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

John M. Martyn, Esquire
Daversa and Martyn, P.A.
Suite 202, Tequesta Financial Center
218 South U.S. Highway One
Tequesta, Florida  33469

Martin B. O'Connor, II, Esquire
O'Connor, Morss & O'Connor
P.O. Box 979
Elizabeth, New Jersey  07203

 /s/ Terry C. Young
**Terry C. Young**