**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BARBARA G. ULLMAN,**

        Plaintiff,

v.                                 Case No.  6:12-cv-436-Orl-28KRS

**RICHARD ARTHUR ULLMAN, KENNETH**
**DOUGLAS ULLMAN, JOHN M. MARTYN,**
**MARTIN B. O'CONNOR, JENNIFER**
**ULLMAN ROYALL,**

        **Defendants.**
_____/

**RELATED CASE ORDER**
**AND TRACK TWO NOTICE**

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases.  Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report.  The parties shall utilize the Case Management Report form located at the Court's website **www.flmd.uscourts.gov** under 'Judicial Information' and under assigned Judge John Antoon II, United States District Judge.  Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting.  Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B).  *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than fourteen days after appearance of the party.*

April 11, 2012

| | |
|---|---|
| <u>    ANNE C. CONWAY    </u><br>Anne C. Conway [22]<br>Chief United States District Judge | <u>    JOHN ANTOON II    </u><br>John Antoon II [28]<br>United States District Judge |
| <u>    GREGORY A. PRESNELL    </u><br>Gregory A. Presnell [31]<br>United States District Judge | <u>    CHARLENE E. HONEYWELL    </u><br>Charlene E. Honeywell [36]<br>United States District Judge |
| <u>    GEORGE C. YOUNG    </u><br>George C. Young [06]<br>Senior United States District Judge | <u>    G. KENDALL SHARP    </u><br>G. Kendall Sharp[18]<br>Senior United States District Judge |
| <u>    PATRICIA C. FAWSETT    </u><br>Patricia C. Fawsett [19]<br>Senior United States District Judge | |
| <u>    DAVID A. BAKER    </u><br>David A. Baker [DAB]<br>United States Magistrate Judge | <u>    KARLA R. SPAULDING    </u><br>Karla R. Spaulding [KRS]<br>United States Magistrate Judge |
| <u>    GREGORY J. KELLY    </u><br>Gregory J. Kelly [GJK]<br>United States Magistrate Judge | |

Attachments:   Notice of Pendency of Other Actions [mandatory form]
                   Magistrate Judge Consent / Letter to Counsel
                   Magistrate Judge Consent Form / Entire Case
                   Magistrate Judge Consent / Specified Motions

Web Case Management Form:  www.flmd.uscourts.gov [mandatory form]

Copies to:     All Counsel of Record
               All *Pro Se* Parties

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BARBARA G. ULLMAN,**

        **Plaintiff,**

**v.**                                                    Case No.  6:12-cv-436-Orl-28KRS

**RICHARD ARTHUR ULLMAN, KENNETH DOUGLAS ULLMAN, JOHN M. MARTYN, MARTIN B. O'CONNOR, JENNIFER ULLMAN ROYALL,**

        **Defendants.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                _____
                _____
                _____
                _____

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:


_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

October 24, 2008

Dear Counsel:

Enclosed with this letter is a communication from the Clerk of this Court affording you the opportunity, with the approval of the U.S. District Judge, to consent to the reference of any part or all of the proceedings in this case to a U.S. Magistrate Judge, including reference for final disposition.

Careful consideration should be given to this option.

To assist the federal courts in coping with dramatically increased caseloads. Congress authorized the reference to a U.S. Magistrate Judge of any part or all of the proceedings in a civil case, both jury and non-jury, upon consent of all parties (28 U.S.C. § 636[c]). All of the U.S. District Judges in this District refer cases under this provision to our able and experienced U.S. Magistrate Judges who are almost always able to schedule early and firm trial dates, in accordance with the needs of the parties.

Whether to consent to a reference to a U.S. Magistrate Judge is entirely up to you and your client. This case has not been specifically selected for this program; the Clerk sends out this notice in every civil case. If a party declines to consent to a reference, that fact is known only to the Clerk and not to any of the District or Magistrate Judges.

This program has proved to be of great benefit to counsel, client, and the Court.

Sincerely yours,

_____  _____
Hon. Anne C. Conway, Chief Judge   Hon. John E. Steele

_____  _____
Hon. Elizabeth A. Kovachevich   Hon. James S. Moody, Jr.

_____  _____
Hon. Steven D. Merryday   Hon. Gregory A. Presnell

_____  _____
Hon. Henry Lee Adams, Jr.   Hon. Timothy J. Corrigan

_____  _____
Hon. Richard A. Lazzara   Hon. Virginia M. Hernandez Covington

_____  _____
Hon. James D. Whittemore   Hon. Marcia Morales Howard

_____  _____
Hon. John Antoon, II   Hon. Mary S. Scriven

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BARBARA G. ULLMAN,**

    **Plaintiff,**

v.                        **Case No. 6:12-cv-436-Orl-28KRS**

**RICHARD ARTHUR ULLMAN, KENNETH DOUGLAS**
**ULLMAN, JOHN M. MARTYN, MARTIN B. O'CONNOR,**
**JENNIFER ULLMAN ROYALL,**

    **Defendants.**
_____/

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

  *Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

  You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case,

  *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**REFERENCE ORDER**

  IT IS **ORDERED** that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73..

_____          _____
    DATE                               UNITED STATES DISTRICT JUDGE

**NOTE:**  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA G. ULLMAN,**

       **Plaintiff,**

**v.**                                                                                                         Case No. 6:12-cv-436-Orl-28KRS

**RICHARD ARTHUR ULLMAN, KENNETH DOUGLAS ULLMAN, JOHN M. MARTYN, MARTIN B. O'CONNOR, JENNIFER ULLMAN ROYALL,**

       **Defendants.**

_____/

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below. (*identify each motion by document number and title*).

**MOTION(S)** _____

                           _____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Date s* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### REFERENCE ORDER

**IT IS ORDERED:** The motions are referred to the United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

_____                                                 _____
    Date                                                                                                              United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF COURT **ONLY IF** YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.