# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA G. ULLMAN,,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:12-cv-436-Orl-18KRS**

**RICHARD ARTHUR ULLMAN, KENNETH DOUGLAS ULLMAN, JOHN M. MARTYN, MARTIN B. O'CONNOR, JENNIFER ULLMAN ROYALL,,**

        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR EXTENSION OF TIME (Doc. No. 18)**
>
> **FILED:** April 10, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff shall file her response to Defendant Ullman's Counterclaims on or before May 1, 2012. Plaintiff shall file her response to Defendant Ullman's Motion to Transfer to the Southern District of New York Pursuant to 28 U.S.C. § 1404(a) on or before April 25, 2012.

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE