IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BARBARA G. ULLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ARTHUR ULLMAN, Individually, and as Co-Personal Representative of the Estate of Richard O. Ullman; KENNETH DOUGLAS ULLMAN, Individually, and as Co-Personal Representative of the Estate of Richard O. Ullman; JOHN M. MARTYN, ESQUIRE, Individually; MARTIN B. O'CONNOR, ESQUIRE, Individually; and JENNIFER ULLMAN ROYALL, an interested person.<br><br>    Defendants. | CASE NO. 6:12-cv-00436-GKS-KRS |

**JOINT MOTION FOR STAY OF ACTION**

1.  Plaintiff BARBARA G. ULLMAN and Defendants RICHARD ARTHUR ULLMAN, individually and as Co-Personal Representative of the Estate of Richard O. Ullman, KENNETH DOUGLAS ULLMAN, individually and as Co-Personal Representative of the Estate of Richard O. Ullman, JOHN M. MARTYN, ESQUIRE, MARTIN B. O'CONNOR II, ESQUIRE, and JENNIFER ULLMAN ROYALL, by themselves or their respective attorneys, hereby jointly request that the Court stay this action pending the finalization of a settlement entered into by the parties.

2.  On April 16, 2012, the parties to this action mediated their dispute before mediator Jay M. Cohen and entered into a settlement agreement.  Until such time as the settlement can been finalized and some conditions thereto met, the parties respectfully request that the Court stay this action for a period of thirty (30) days.

3. This Joint Motion is made in good faith and not to delay, but to allow the parties to finalize their settlement.

4. At the conclusion of the thirty day period, the parties shall file a stipulation of dismissal with the Court.

| LOWNDES DROSDICK DOSTER KANTOR & REED, P.A. | AKERMAN SENTERFITT LLP |
|---|---|
| By: *s/ Terry Young*<br>    Terry Young<br>    Linda Hankins | By: *s/ Virginia B. Townes*<br>    Virginia B. Townes<br>    Richard T. Hurt |
| 215 North Eola Drive<br>Orlando, Florida 32801<br>Phone: (407) 418-6347<br>Facsimile: (407) 843-4444<br>Email: terry.young@lowndes-law.com | 420 South Orange Avenue, Suite 1200<br>Orlando, Florida 32801<br>Phone: (407) 423-4000<br>Fax: (407) 843-6610<br>Email: virginia.townes@akerman.com |
| *Attorneys for Barbara G. Ullman* | *Attorneys for Kenneth D. Ullman, Richard A. Ullman and Jennifer Ullman Royall, individually* |
| GREENBERG TRAURIG, LLP | Martin B. O'Connor II |
| By: *s/ James R. George*<br>    James R. George<br>    Norman Benford | By: *s/ Martin B. O'Connor II*<br>    Martin B. O'Connor II |
| 401 East Las Olas Boulevard, Suite 2000<br>Fort Lauderdale, Florida 33301<br>Phone: (954) 765-0500<br>Facsimile: (954) 765-1477<br>Email: georgej@gtlaw.com | O'Connor, Morss & O'Connor, P.C.<br>Post Office Box 979<br>Elizabeth, New Jersey 07207<br>Phone: (908) 354-5660<br>Facsimile: (908) 354-5786<br>Email: mboc@ocomo.com |
| *Attorneys for Kenneth D. Ullman and Richard A. Ullman as Personal Representatives of the Estate of Richard O. Ullman* | |

John M. Martyn

By: *s/ John M. Martyn*
    John M. Martyn

Daversa and Martyn P.A.
Tequesta Financial Center, Suite 202
218 South U.S. Highway One
Tequesta, Florida 33469
Phone: (561) 746-8389
Email: jmm@davmart.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 24, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I FURTHER CERTIFY that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:   William D. Zabel, Esquire, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022; James R. George, Esquire and Norman Benford, Esquire, Greenberg Traurig, LLP, 401 East Las Olas Boulevard, Suite 2000, Fort Lauderdale, Florida 33301; Martin B. O'Connor II, Esquire, O'Connor, Morss & O'Connor, P.C., Post Office Box 979, Elizabeth, New Jersey 07207; and John M. Martyn, Esquire, Daversa and Martyn P.A., Tequesta Financial Center, Suite 202, 218 South U.S. Highway One, Tequesta, Florida 33469.

                                        *s/ Virginia B. Townes*
                                        Virginia B. Townes, Esquire