# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA G. ULLMAN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-436-Orl-28KRS**

**RICHARD ARTHUR ULLMAN, KENNETH DOUGLAS ULLMAN, JOHN M. MARTYN, MARTIN B. O'CONNOR, JENNIFER ULLMAN ROYALL,**

        **Defendants.**
_____/

## ORDER

This cause is before the Court on the Joint Motion For Stay of Action (Doc. 22). The Motion is **GRANTED**. This case is stayed until June 1, 2012. The Clerk of the Court is directed to terminate all pending motions and to administratively close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25th day of April, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party