IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Honorable Judge John Antoon II
Case No.: 6:12-cv-436-Orl-18KRS

BARBARA G. ULLMAN,

  Plaintiff,

v.

RICHARD ARTHUR ULLMAN, KENNETH DOUGLAS ULLMAN, JOHN M. MARTYN, MARTYN B. O'CONNOR, and JENNIFER ULLMAN ROYALL,

  Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on April 16, 2012, and the results of that conference are indicated below:

(a)     The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__     All individual parties and their respective trial counsel.

    __X__     Designated corporate representatives.

    __X__     Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

(c)     The outcome of the mediation conference was:

<u>XX</u>     **The case has been completely settled.**

____     **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

      _____
      _____
      _____

_____    **The conference was continued** with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____    **The parties have reached an impasse.**

**Done this 23rd day of April, 2012 in Orlando, Florida.**

    **/s/ Jay M. Cohen, Esquire**
    Signature of Mediator

    **JAY M. COHEN, ESQ.**
    Name of Mediator

    Post Office Box 2210
    **Winter Park, Florida 32790-2210**
    Mailing Address

    **(407)644-1181**
    Telephone Number

    **jmcohen@jmcohenpa.com**
    Email Address

**Copies to:**    **Counsel of Record**
               **Unrepresented Parties**