# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA G. ULLMAN,**

      **Plaintiff,**

-vs-                                                                         Case No. 6:12-cv-436-Orl-28KRS

**RICHARD ARTHUR ULLMAN, KENNETH DOUGLAS ULLMAN, JOHN M. MARTYN, MARTIN B. O'CONNOR, JENNIFER ULLMAN ROYALL,**

      **Defendants.**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. No. 25), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot. The Clerk is directed to lift the stay and administrative closure of this case and then close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of May, 2012.

*[signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record